AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Belmont Park Investments Pty Ltd, et al. ) | |
| Plaintiff ) | |
| v. ) | Case No.   12 cv 1258 (PGG) |
| Lehman Brothers Special Financing Inc., et al. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lehman Brothers Special Financing Inc.

Date:     04/20/2012

*Attorney's signature*

Peter Gruenberger   PG-6040
*Printed name and bar number*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

*Address*

Peter.Gruenberger@weil.com
*E-mail address*

(212) 310-8000
*Telephone number*

(212) 310-8007
*FAX number*