AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Belmont Park Investments Pty Ltd, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No 12 cv 1258 (PGG) |
| Lehman Brothers Special Financing Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lehman Brothers Special Financing Inc.

Date: 04/19/2012

*Attorney's signature*

Richard W. Slack RS-3180
*Printed name and bar number*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

*Address*

Richard.Slack@weil.com
*E-mail address*

(212) 310-8000
*Telephone number*

(212) 310-8007
*FAX number*