AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Belmont Park Investments Pty Ltd., et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.   12 cv 1258 (PGG) |
| Lehman Brothers Special Financing Inc., et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BNY Mellon Corporate Trustee Services Limited

Date:   04/23/2012

*Attorney's signature*

Eric A. Schaffer ES-6415
*Printed name and bar number*

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

*Address*

eschaffer@reedsmith.com
*E-mail address*

(212) 521-5400
*Telephone number*

(212) 521-5450
*FAX number*