AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Belmont Park Investments Pty Ltd., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12 cv 1258 (PGG) |
| Lehman Brothers Special Financing Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BNY Mellon Corporate Trustee Services Limited

Date: 04/23/2012

_____
*Attorney's signature*

David M. Schlecker DS-3755
*Printed name and bar number*

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

*Address*

dschlecker@reedsmith.com
*E-mail address*

(212) 521-5400
*Telephone number*

(212) 521-5450
*FAX number*